F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 0 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 08-cv-01816-REB-GJR

DEBRA A. TICEN,

    Plaintiff,

v.

HOME DEPOT,

    Defendant.

---

ORDER RE: PLAINTIFF'S MOTION FOR ORDER (docket # 3)

---

In accordance with Rule 4(c)(3) of the Federal Rules of Civil Procedure, and the plaintiff having so requested, it is hereby ORDERED that service of the complaint on the Defendant be made by a United States Marshal or Deputy Marshal.

    DATED: October 16, 2008 at Grand Junction, Colorado.

                        BY THE COURT:

                        s/Gudrun J. Rice

                        Gudrun J. Rice
                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01816-REB-GJR

Debra A. Ticen
585 251/2 Rd.
Grand Junction, CO 81505

US Marshal Service
Service Clerk
Service forms for: Home Depot

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Home Depot: TITLE VII COMPLAINT FILED 08/26/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/20/08.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk